B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re: **Charles Henry Utzman, Anna Kathryn Utzman**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Advanta<br>P.O. Box 8088<br>Philadelphia, PA 19101-8088 | Advanta<br>P.O. Box 8088<br>Philadelphia, PA 19101-8088 | | | 25,230.00 |
| American Express<br>P.O. Box 0001<br>Los Angeles, CA 90086-8000 | American Express<br>P.O. Box 0001<br>Los Angeles, CA 90086-8000 | | | 31,026.00 |
| Bank of America<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 | Bank of America<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 | | | 15,900.00 |
| Chase<br>P.O. Box 15548<br>Wilmington, DE 19886-5548 | Chase<br>P.O. Box 15548<br>Wilmington, DE 19886-5548 | | | 19,810.00 |
| Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | | 29,200.00 |
| Chase<br>P.O. Box 15548<br>Wilmington, DE 19886-5548 | Chase<br>P.O. Box 15548<br>Wilmington, DE 19886-5548 | | | 20,045.00 |
| Citi Business<br>P.O. Box 44180<br>Jacksonville, FL 32231-4180 | Citi Business<br>P.O. Box 44180<br>Jacksonville, FL 32231-4180 | | | 28,183.00 |
| Home Depot<br>Dept. 32-2541801340<br>P.O. Box 6031<br>The Lakes, NV 88901-6031 | Home Depot<br>Dept. 32-2541801340<br>P.O. Box 6031<br>The Lakes, NV 88901-6031 | | Disputed | 16,797.00 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (Estimated) | | 20,000.00 |
| Ismael Deleon Construction<br>1311 Redwood Circle<br>San Pablo, CA 94806 | Ismael Deleon Construction<br>1311 Redwood Circle<br>San Pablo, CA 94806 | | Disputed | 50,000.00 |
| Jaime Deleon Painting<br>1515 Lincoln Ave. #5<br>San Rafael, CA 94901 | Jaime Deleon Painting<br>1515 Lincoln Ave. #5<br>San Rafael, CA 94901 | | Disputed | 9,000.00 |
| Lopez HES | Lopez HES | | Disputed | 5,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Charles Henry Utzman**
**Anna Kathryn Utzman**
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Marin County Tax Collector<br>P.O. Box 4220, Rm. 202<br>San Rafael, CA 94913-4220 | Marin County Tax Collector<br>P.O. Box 4220, Rm. 202<br>San Rafael, CA 94913-4220 | 169 Rose Ave., Mill Valley, CA 94941 (Unimproved Lot) APN: 027-252-52 | | 23,725.00<br>(125,000.00 secured)<br>(213,767.84 senior lien) |
| McKinley Elevator<br>2660 Townsgate Rd., Ste. 350<br>San Rafael, CA 94903 | McKinley Elevator<br>2660 Townsgate Rd., Ste. 350<br>San Rafael, CA 94903 | 169 Rose Ave., Mill Valley, CA 94941 (Residence) APN No. 027-252-51 | | 60,000.00<br>(1,300,000.00 secured)<br>(1,900,865.29 senior lien) |
| MV Lumber<br>129 Miller Ave.<br>Mill Valley, CA 94941 | MV Lumber<br>129 Miller Ave.<br>Mill Valley, CA 94941 | 169 Rose Ave., Mill Valley, CA 94941 (Residence) APN No. 027-252-51 | | 5,339.00<br>(1,300,000.00 secured)<br>(1,960,865.29 senior lien) |
| Pete's Construction<br>c/o Pete Sandoval<br>5 Gustasfson Court<br>Novato, CA 94947 | Pete's Construction<br>c/o Pete Sandoval<br>5 Gustasfson Court<br>Novato, CA 94947 | | Disputed | 7,000.00 |
| Rafael Lumber<br>930 Andersen Dr.<br>San Rafael, CA 94901 | Rafael Lumber<br>930 Andersen Dr.<br>San Rafael, CA 94901 | 169 Rose Ave., Mill Valley, CA 94941 (Residence) APN No. 027-252-51 | | 12,289.00<br>(1,300,000.00 secured)<br>(1,966,204.29 senior lien) |
| Stewart Title Guaranty, Co.<br>Att: Adam Stricker<br>55 Madison St., 4th Flr.<br>Denver, CO 80206 | Stewart Title Guaranty, Co.<br>Att: Adam Stricker<br>55 Madison St., 4th Flr.<br>Denver, CO 80206 | 169 Rose Ave., Mill Valley, CA 94941 (Unimproved Lot) APN: 027-252-52 | | 213,767.84<br>(125,000.00 secured) |
| SunTrust Mortgage, Inc.<br>P.O. Box 79079<br>Baltimore, MD 21279-0079 | SunTrust Mortgage, Inc.<br>P.O. Box 79079<br>Baltimore, MD 21279-0079 | 169 Rose Ave., Mill Valley, CA 94941 (Residence) APN No. 027-252-51 | | 1,897,262.29<br>(1,300,000.00 secured) |
| WestAmerica<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | WestAmerica<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | | | 7,593.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Charles Henry Utzman**
**Anna Kathryn Utzman**
Debtor(s)

Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Charles Henry Utzman** and **Anna Kathryn Utzman**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date **December 18, 2014**     Signature **/s/ Charles Henry Utzman**
**Charles Henry Utzman**
Debtor

Date **December 18, 2014**     Signature **/s/ Anna Kathryn Utzman**
**Anna Kathryn Utzman**
Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.