```
David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE No. 14-31828 HLB |
| CHUCK H. UTZMAN and<br>ANNA K. UTZMAN, | CHAPTER 11 |
|    Debtors._____/ | STATUS CONFERENCE STATEMENT<br>Date: January 22, 2015<br>Time: 10:00 a.m.<br>Place: 235 Pine St., 23rd Fl.<br>San Francisco, CA |

Chuck and Anna Utzman, Debtors herein, submit the following Status Conference Statement:

1. The filing of this case was prompted by two factors:

   a. Insufficient Construction Funding. The Debtors acquired 169 Rose Ave., Mill Valley, CA ("169 Rose") in 1994 and started construction in or around 2000. Initially, the project was funded directly by the Debtors from income and other sources readily available. When they obtained a construction loan for 169 Rose in 2007, the lender would not loan the full amount requested. The Debtors' Loan Broker assured them that he had access to sufficient additional funding when it was needed. The Debtors relied on the assurances and proceeded with construction. By the end of 2008, the funds were exhausted and no additional financing was available. The Debtors continued to fund the project from their income and other

1 | assets.  The Debtors attempted to obtain the necessary additional
2 | funds, however, their efforts proved unsuccessful.

3 |     b.  Loss of Consulting Income.  With the downturn in
4 | residential construction in 2008, Debtor's income dropped by about
5 | 60%.  Business slowly improved, allowing Debtors to complete a
6 | majority of the construction, rent staging, and list the home for
7 | sale.  They were not able to locate a buyer for the property so
8 | they continued to work on the project.  Due to a declining real
9 | estate market, there were no refinance opportunities.  In December
10 | 2014, Sun Trust, which holds the first mortgage on 169 Rose filed
11 | its Notice of Sale and foreclosure of the Deed of Trust on the
12 | construction loan was imminent.  The loan matured under the terms
13 | of the Note and Deed of Trust and the Lender was unwilling to extend
14 | any flexibility to the Debtors.

15 |   2.  The meeting of creditors pursuant to 11 U.S.C. § 341(a) is
16 | scheduled for January 20, 2015, 10:30 a.m.  Both the Debtors and
17 | Counsel will be in attendance.

18 |   3.  An Application for an Order Authorizing Employment of
19 | Counsel was filed and served on January 12, 2015.  Time for
20 | Objections is running.  At the present time, it does not appear the
21 | estate will need to employ additional professionals.

22 |   4.  The Conditions of Approval and the Building Permit for 169
23 | Rose showed a lot-line adjustment for 169 Rose from 17,000 s.f to
24 | 10,000 s.f.  The building's setbacks were based on the lot size and
25 | are insufficient for a 17,000 s.f. lot.  The approved drawings
26 | (provided to the Lender, Sun Trust, as a part of the construction
27 | loan documentation) also show the utilities traversing our adjacent
28 | lot.  The lot-line adjustment and the utility easement must be

surveyed, recorded, and shown on a set of revised "As-Built" drawings. Those revised documents must then be provided to the City for review and approval in order reactivate the building permit, complete the project, and obtain a Certificate of Occupancy.

Sun Trust has steadfastly refused to co-operate with the lot-line adjustment. This impasse severely reduces the value and saleability of both properties.

5. Debtor's residential construction consulting income has recovered to about 3/4's of what it was before its decline in or around 2008. In 2014 the second unit was fully rented. Based on those numbers, Debtors expect to be able to make reasonable loan payment to Sun Trust and Stewart Title (which holds a consensual lien on the unimproved lot which is adjacent to 169 Rose). The Debtors also have the option of occupying the second unit at 169 Rose (which has typically been rented) and renting the main unit. That could generate an additional $4,000 to $5,000 per month. The Debtors currently occupy 169 Rose notwithstanding that the project is not complete.

6. There is no pending litigation.

7. The Initial Debtor Interview was conducted on January 15, 2015. Debtors will comply with all document requests made by the U.S. Trustee.

8. Insurance for the improved parcel has been paid in full for 2015. The vacant lot has no public access and insurance is not required or available.

9. It is anticipated that the plan or reorganization will entail a modification of Suntrust's claim secured by 169 Rose to allow the Debtors to service a modified claim while the project is

completed.  In all likelihood, 169 Rose will be sold to pay secured claims.  The claim secured by the unimproved lot adjacent to 169 Rose may be modified as well; and the lot will either be developed or sold.  There are a number of involuntary liens related to the project at 169 Rose which are likely unsecured within the meaning of 11 U.S.C. Section 506.  Unsecured claims will be paid an amount at least equal to what would be paid in a hypothetical Chapter 7 liquidation.  Administrative claims will be paid at the time of confirmation, as provided in the Code, or on such other terms as the Debtors and administrative claimant(s) agree.

    10.  It is anticipated that a Chapter 11 plan of reorganization will be filed by March 6, 2015 and confirmed by June 15, 2015.

    11.  There are issues related to lot line adjustments which will need to be dealt with through the Plan and/or though negotiation with Suntrust.  There will likely be cash collateral issues related to the Debtors' use of rents from 169 Rose.  There will also likely be administrative claims relative to post-petition work performed in completing the project at 169 Rose.

Dated:   1/15/15                          DAVID N. CHANDLER, p.c.


                                          By: */s/ David N. Chandler, Jr.*
                                          DAVID N. CHANDLER, Jr.
                                          Attorney for Debtors

CERTIFICATE OF SERVICE

I am a citizen of the United States, and over the age of eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa, California, and not a party to the within action.

On January 15, 2015, I served a copy of the STATUS CONFERENCE STATEMENT on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States post office mail box at Santa Rosa, California, addressed as follows:

(SEE ATTACHED)

I, JANE F. KAMAS, declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2015, Santa Rosa, California.

                                             /s/ Jane F. Kamas
                                             JANE F. KAMAS

```
Label Matrix for local noticing          (p)ADVANTA                              American Express
0971-3                                   700 DRESHER RD                          P.O. Box 0001
Case 14-31828                            HORSHAM PA 19044-2206                   Los Angeles, CA 90078-0001
Northern District of California
San Francisco
Thu Jan 15 15:53:34 PST 2015

Bank of America                          CA Employment Development Dept.         CA Franchise Tax Board
P.O. Box 15710                           Bankruptcy Group MIC 92E                Special Procedures Bankruptcy Unit
Wilmington, DE 19886-5710                P.O. Box 826880                         P.O. Box 2952
                                         Sacramento, CA 94280-0001               Sacramento, CA 95812-2952


David N. Chandler Jr.                    Chase                                   Chase
Law Offices of David N. Chandler         P.O. Box 15548                          P.O. Box 94014
1747 4th St.                             Wilmington, DE 19886-5548               Palatine, IL 60094-4014
Santa Rosa, CA 95404-3601


Chief Tax Collection Section             Citi Business                           Julie M. Glosson
Employment Development Section           P.O. Box 44180                          Office of the United States Trustee
P.O. Box 826203                          Jacksonville, FL 32231-4180             235 Pine St.  #700
Sacrament, CA 94230-0001                                                         San Francisco, CA 94104-3484


Home Depot                               IRS                                     Ismael Deleon
Dept. 32-2541801340                      P.O. Box 7346                           1515 Lincoln Ave. #5
P.O. Box 6031                            Philadelphia, PA 19101-7346             San Rafael, CA 94901-1973
The Lakes, NV 88901-6031


Jaime Deleon Painting                    MV Lumber                               Marin County Tax Collector
1515 Lincoln Ave. #5                     129 Miller Ave.                         P.O. Box 4220
San Rafael, CA 94901-1973                Mill Valley, CA 94941-2789              San Rafael, CA 94913-4220


McKinley Elevator                        Office of the U.S. Trustee / SF         Pete's Construction
2660 Townsgate Rd., Ste. 350             Office of the U.S. Trustee              c/o Pete Sandoval
San Rafael, CA 94903                     235 Pine St                             5 Gustasfson Court
                                         Suite 700                               Novato, CA 94947-2882
                                         San Francisco, CA 94104-2745


Rafael Lumber                            Stewart Title Guaranty, Co.             SunTrust Mortgage, Inc.
930 Andersen Dr.                         Att: Adam Stricker                      P.O. Box 79079
San Rafael, CA 94901-5315                55 Madison St., 4th Flr.                Baltimore, MD 21279-0079
                                         Denver, CO 80206-5421


U.S. Attorney                            Anna Kathryn Utzman                     Charles Henry Utzman
Civil Division                           169 Rose Ave.                           169 Rose Ave.
450 Golden Gate Ave.                     Mill Valley, CA 94941-5032              Mill Valley, CA 94941-5032
San Francisco, CA 94102-3661


WestAmerica
P.O. Box 790408
Saint Louis, MO 63179-0408
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Advanta
P.O. Box 8088
Philadelphia, PA 19101-8088


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)IRS | (u)Lopez HES | End of Label Matrix |
| P.O. Box 7346 | | Mailable recipients    27 |
| Philadelphia, PA 19101-7346 | | Bypassed recipients     2 |
| | | Total                  29 |