David N. Chandler, Sr.    SBN 60780
David N. Chandler, Jr.    SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtors


UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:                              CASE No. 14-31828

                                    CHAPTER 11
CHUCK H. UTZMAN and
ANNA K. UTZMAN,                     AMENDED APPLICATION TO EMPLOY
                                    ATTORNEY UNDER GENERAL RETAINER
                                    NUNC PRO TUNC, AFFIDAVIT OF
        Debtors.                 /  PROPOSED ATTORNEY TO BE EMPLOYED
                                    UNDER GENERAL RETAINER


TO:  HONORABLE ALAN JAROSLOVSKY, CHIEF JUDGE, UNITED STATES

BANKRUPTCY COURT;

     The Application of Chuck H. Utzman and Anna K. Utzman, Debtors

herein, respectfully represents:

     1.    Applicants are the Debtors in the above-captioned Chapter

11 proceeding.

     2.    Applicants wish to retain DAVID N. CHANDLER, p.c., a

professional corporation employing attorneys duly admitted to

practice in this Court, nunc pro tunc to the beginning of the case,

to represent them as general counsel before this Court in the above-

captioned case and provide them assistance relative to the related

case.

     3.    To the best of Applicants' knowledge, DAVID N. CHANDLER,

p.c., does not have any connection with the Debtors, their creditors

1

or any other party in interest, or their respective attorneys or accountants, the United States Trustee or any person employed in the office of the United States Trustee, and represents no interest adverse to the estate in the matters upon which it is to be retained, except as may be stated in the Affidavit of David N. Chandler, Jr. filed herewith.

WHEREFORE, it is respectfully requested that the Debtors be authorized to employ, nunc pro tunc to the beginning of the case, DAVID N. CHANDLER, p.c. under a general retainer agreement, to represent Debtors in the above-captioned case before this Court, and that Debtors have such other and further relief as is just and proper.

Dated:    1/23/15                    DAVID N. CHANDLER, p.c.


                                     By: /s/ David N. Chandler, Jr.
                                     DAVID N. CHANDLER, Jr.
                                     Attorney for Debtors


                    AFFIDAVIT OF PROPOSED ATTORNEY TO
                    BE EMPLOYED UNDER GENERAL RETAINER

        DAVID N. CHANDLER, being duly sworn, deposes and says:

        1.    I am an attorney at law, admitted to practice before all courts of the State of California, as well as this Court.    I maintain an office at 1747 Fourth Street, Santa Rosa, California.

        2.    Insofar as I have been able to ascertain, I do not, nor does any member/employee of my firm, David N. Chandler, p.c., have any connection with the Debtors herein, their creditors, or any other party in interest or their respective attorneys and

accountants, the United States Trustee or any person employed in the Office of the United States Trustee except as stated herein.

3.   Insofar as I have been able to ascertain, I do not represent any interest adverse to that of the estate of the debtors in the matters upon which I am to be engaged.   I have never represented and have no prior contacts with the Debtors herein.   I have no connections with any creditors insofar as known and represent no interests and have no interests except as stated herein.

4.   The connections set forth herein are intended to comply with the disclosure requirements of Section 327 as set forth in In re Park Helena Corp., 63 F.3d 877, 882 (9th Cir. 1995).

5.   The following connections exist between the Declarant and the Debtor herein:

a.   The declarant and the Debtors had an attorney client relationship prior to the within Application upon consultation;

b.   Declarant and Debtors have electronic connections through internet service providers and telephone systems.

6.   The forgoing connections set forth in paragraph 5 hereof are the only connections known to the Declarant which Declarant has with the Debtors.

7.   The following connections exist between the Declarant and creditors of the Debtors herein:

a.   Declarant currently, and has in the past, represent[ed] debtors in unrelated matters who [which] have creditors in common with the Debtors herein and have discharged all or a portion of the claims of such creditors; and

b.   Declarant has creditors in common with the Debtors, i.e., Pacific Gas and Electric Company, and IRS.

8.   Declarant has no known connections with any creditor in the case their attorneys or accountants, except as set forth in paragraph 7 hereof.

9.   Based on the foregoing, I am a disinterested person within the meaning of Section 101(13) and 327 of the Bankruptcy Code. David N. Chandler, p.c. is disinterested.

10.   I am qualified to represent the Debtors generally herein, and am willing to accept employment on the basis set forth in the annexed application.

11.   My hourly rate is $420.00 per hour for my time, $520.00 per hour for senior attorney time and $135.00 per hour for paralegal time.

12.   Affiant has advised the Debtors of my willingness to serve as their counsel under a general retainer based on time and standard billable charges.

Dated:    1/23/15                     */s/ David N. Chandler, Jr.*
                                       DAVID N. CHANDLER, JR.
                                       Attorney for Debtors