```
David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE No. 14-31828 HLB |
| CHUCK H. UTZMAN and ANNA K. UTZMAN, | CHAPTER 11 |
| Debtors.                    / | MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL; DECLARATION OF CHUCK H. UTZMAN; MEMORANDUM OF POINTS AND AUTHORITIES |
| | Date:   February 12, 2015 |
| | Time:   10:00 a.m. |
| | Place:  235 Pine St., 23rd Fl. San Francisco, CA |

TO: HONORABLE HANNAH L. BLUMENSTIEL, JUDGE, UNITED STATES BANKRUPTCY COURT:

Chuck H. Utzman and Anna K. Utzman, Debtors herein, by and through counsel hereby move the above entitled Court for an Order Authorizing Use of Cash Collateral consisting of rents derived from the following property: 169 Rose Avenue, Mill Valley, California 94941.

The Motion is made on the grounds that the expenses for which use of such rents is sought are necessary to the continued generation of such rents post petition and that the secured creditors are adequately protected by the future rents.

Said Motion is made and based hereon, on the appended Declaration of Chuck H. Utzman and on the Memorandum of Points and Authorities appended hereto.

Dated: 2/5/15                              DAVID N. CHANDLER, p.c.

                                           By: */s/ David N. Chandler, Jr.*
                                           DAVID N. CHANDLER, JR.
                                           Attorney for Debtors

DECLARATION OF CHUCK H. UTZMAN

I, Chuck H. Utzman, declare and say:

1. That if called as a witness, I am competent to testify to the within matters from my own knowledge.

2. My wife, Anna K. Utzman, and I are the Debtors in the above captioned Chapter 11 case.

3. 169 Rose Avenue, Mill Valley, California 94941 (hereinafter the "Real property") is property of the estate and encumbered as follows:

      a. Marin County Tax Collector, $15,594.00
      b. SunTrust Mortgage, Inc., $1,897,262.29
      b. Golden State Lumber, Inc., $2,916.20
      c. Jackson's Hardware, $3,603.00
      d. McKinley Elevator, 60,000
      e. MV Lumber, $5,339.00
      f. Rafael Lumber, $12,289.00

4. The Real Property consists of a main residence and a separate 700 square foot one bedroom apartment. The latter consists of 22% of the total habitable space. My wife and I offer the apartment for short and long term rentals. We require a damage deposit of $200 and $80 cleaning fee. The rental rates for the apartment are as follows:

      a. $120 per day;

1         b.    $140 per weekend day;

2         c.    $750 per week; and

3         d.    $2,500 per month.

5. Certain monthly expenses must be paid with respect to the Real Property in order to comply with the lessor/landlord obligations under rental agreements and to maintain the property. The budgeted expenses are set forth in Exhibit A attached hereto. We also return the damage deposit based on the condition of the apartment at the end of the lease term.

6. I am fully aware of the obligation to segregate and account for the rents and intend to comply with such requirements.

7. Absent payment of such budgeted expenses and maintenance of the subject property, monthly rents would not be generated by the property. The secured creditors are adequately protected by the future rents from the property.

8. I propose to utilize the rents for budgeted expenses set forth in Exhibit A and to segregate any balance of the rents as required and to apply same as later directed by the Court.

Executed under penalty of perjury this 4th day of February, 2015 at Marin County, California.

                                        */s/ Chuck H. Utzman*
                                        CHUCK H. UTZMAN

MEMORANDUM OF POINTS AND AUTHORITIES

Chuck H. Utzman and Anna K. Utzman, Debtors herein, submit the following authorities in support of their Motion for Order Authorizing Use of Cash Collateral:

1. The within case was filed on December 23, 2015 pursuant to

Chapter 11 of the Code.

2. 169 Rose Avenue, Mill Valley, California 94941 (hereinafter the "Real Property") is property of the estate and encumbered as follows:

    a. Marin County Tax Collector, $15,594.00

    b. SunTrust Mortgage, Inc., $1,897,262.29

    b. Golden State Lumber, Inc., $2,916.20

    c. Jackson's Hardware, $3,603.00

    d. McKinley Elevator, 60,000

    e. MV Lumber, $5,339.00

    f. Rafael Lumber, $12,289.00

3. The Real Property consists of a main residence and a separate 700 square foot one bedroom apartment. The Debtors offer the apartment for short and long term rentals. The Debtors require a damage deposit of $200 and $80 cleaning fee. The rental rates for the apartment are as follows:

    a. $120 per day;

    b. $140 per weekend day;

    c. $750 per week; and

    d. $2,500 per month.

4. Certain expenses must be paid each month to maintain the Real Property consistent with the obligations of the owner pursuant to the applicable lease or rental agreement. The expenses are set forth in the Budget attached hereto as Exhibit A. The Debtors also return the damage deposit based on the condition of the apartment at the end of the lease term.

5. The continuing rents are cash collateral of the

aforementioned secured creditors.  In order to continue to produce rents, certain expenses of the property are required to be paid.

    6.   The Debtors may not use cash collateral unless (A) the entity having an interest consents, or (B) the court, after notice and hearing authorizes such use.  <u>11 U.S.C. § 363(c)(2)</u>.

    7.   A hearing on a cash collateral motion shall be scheduled in accordance with the needs of the Debtor.  <u>11 U.S.C. § 363(c)(3)</u>.

    8.   The Debtors require the use of cash collateral to pay expenses as set forth in the Budget attached hereto as Exhibit A.

    9.   It is respectfully submitted that the Debtor be authorized to utilize cash collateral rents pursuant to the said budget and to pay such expenses as budgeted therefore as same are incurred.

Dated:   2/5/15                    DAVID N. CHANDLER, p.c.

By: <u>*/s/ David N. Chandler, Jr.*</u>
DAVID N. CHANDLER, JR.
Attorney for Debtors

# Budget
## 169 Rose Avenue, Mill Valley, California 94941

Tax & Insurance (prorated)     $355/mo.

Water & garbage (prorated)     $30/mo.

Maintenance                    $100/mo.

Electricity                    $100-400/mo.*

    * Average $250/mo. in 2013

Propane                        $110/mo.

Return of deposit (total)      $0-200 **

    ** based on condition at end of lease

EXHIBIT A

Case: 14-31828   Doc# 21   Filed: 02/05/15   Entered: 02/05/15 15:58:22   Page 6 of 6