```
 1  David N. Chandler, Sr.   SBN 60780
    David N. Chandler, Jr.   SBN 235427
 2  DAVID N. CHANDLER, p.c.
    1747 Fourth Street
 3  Santa Rosa, CA  95404
    Telephone: (707) 528-4331
 4
    Attorneys for Debtors
 5
```

6                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF CALIFORNIA
7

8   IN RE:                          CASE No. 14-31828 HLB

9   CHUCK H. UTZMAN and             CHAPTER 11
    ANNA K. UTZMAN,
10                                  NOTICE OF PRELIMINARY HEARING ON
                                    MOTION FOR ORDER AUTHORIZING USE
11      Debtors.          /         OF CASH COLLATERAL
                                    Date: February 12, 2015
12                                  Time: 10:00 a.m.
                                    Place: 235 Pine St., 23rd Fl.
13                                         San Francisco, CA

14      TO: ROY GIVEN, MARIN COUNTY TAX COLLECTOR; SUN TRUST MORTGAGE,

15  INC., JEROME T. LIENHARD, II, CEO; GOLDEN STATE LUMBER, INC., BRIAN

16  P. HEDSTROM, Agent for Service; JACKSON'S HARDWARE, MATTHEW R.

17  OLSON, Agent for Service; McKINLEY ELEVATOR CORP., W. MICHAEL

18  McKINLEY, Agent for Service; MV LUMBER, MATT & JAN MATHEWS, Owners;

19  and RAFAEL LUMBER & BUILDING SUPPLY, DONALD KELLEHER, Owner:

20      PLEASE TAKE NOTICE that a Preliminary Hearing on the Debtors'

21  Motion for an Order Authorizing Use of Cash Collateral will be held

22  on February 12, 2015 at the hour of 10:00 a.m. before the above

23  entitled Court located at 235 Pine St., 23rd Fl. San Francisco, CA.

24

25  Dated:   2/5/15                     DAVID N. CHANDLER, p.c.

26

27                                      By: /s/ David N. Chandler, Jr.
                                        DAVID N. CHANDLER, JR.
28                                      Attorney for Debtors

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I am a citizen of the United States, and over the age of |
| 3 | eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa, |
| 4 | California, and not a party to the within action. |
| 5 | On February 5, 2015, I served a copy of the MOTION FOR ORDER |
| 6 | AUTHORIZING USE OF CASH COLLATERAL; DECLARATION OF CHUCK H. UTZMAN; |
| 7 | MEMORANDUM OF POINTS AND AUTHORITIES, and NOTICE OF PRELIMINARY |
| 8 | HEARING ON MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL on |
| 9 | the interested parties in said action by placing a true copy thereof |
| 10 | enclosed in a sealed envelope with postage thereon fully prepaid in |
| 11 | the United States post office mail box at Santa Rosa, California, |
| 12 | addressed as follows: |

Marin County Tax Collector           SunTrust Mortgage, Inc.
Roy Given, Dept. of Finance          Jerome T. Lienhard, II, CEO
3501 Civic Center Dr., Ste. 225      1001 Semmes Ave., VA-RVW-6045
San Rafael, CA 94903                 Richmond, VA 23224


SunTrust Mortgage, Inc.              Golden State Lumber, Inc.
c/o Corp. Service Co.                Brian P. Hedstrom, Agent for Svc
dba CSC-Lawyers Incorp Service       855 Lakeville, St., Ste. 200
2710 Gateway Oaks Dr., #150N         Petaluma, CA 94952
Sacramento, CA 95833

Golden State Lumber, Inc.            Jackson's Hardware
c/o Marc D. Coopersmith, Esq.        Matthew R. Olson, Agent for Svc
855 Lakeville, St., Ste. 200         435 Dubois St.
Petaluma, CA 94952                   San Rafael, CA 94912


McKinley Elevator Corp               MV Lumber
W. Michael McKinley, Agent           Matt & Jan Mathews, Owners
17611 Armstrong Ave.                 129 Miller Ave.
Irvine, CA 92614                     Mill Valley, CA 94941

| | |
|---|---|
| 1 | Rafael Lumber & Building Supply |
| 2 | Donald Kelleher, Owner<br>Shannon Daly, Manager |
| 3 | 930 Anderson Dr.<br>San Rafael, CA 94901 |
| 4 | |
| 5 | I, JANE F. KAMAS, declare under penalty of perjury that the |
| 6 | foregoing is true and correct. |
| 7 | Executed on February 5, 2015, Santa Rosa, California. |
| 8 | |
| 9 |                         /s/ Jane F. Kamas<br>                        JANE F. KAMAS |