David N. Chandler, Sr. SBN 60780
David N. Chandler, Jr. SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA 95404
Telephone: (707) 528-4331

Attorneys for Debtors

Signed and Filed: February 19, 2015

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES HENRY UTZMAN and
ANNA KATHRYN UTZMAN,

    Debtors.        /

CASE No. 14-31828 HLB

CHAPTER 11

PRELIMINARY ORDER AUTHORIZING
USE OF CASH COLLATERAL
(169 Rose Avenue, Mill Valley,
California 94941)

The above captioned matter having come on for preliminary hearing on February 12, 2015 on the Debtors' Motion for an Order Authorizing Use of Cash collateral; appearances having been made as shown in the record; and cause appearing,

IT IS HEREBY ORDERED as follows:

1. The Debtors are authorized to use the cash collateral rents from the real property located at 169 Rose Avenue, Mill Valley, California 94941 for necessary expenses pursuant to the budget, Exhibit A to the Motion, and for any necessary maintenance.

2. The final hearing shall be heard on March 12, 2015 at 10:00 a.m.

3. On or before Friday, February 20, 2015, at 5:00 p.m., Debtors' counsel shall file and serve a copy of the order

authorizing interim use of cash collateral and a notice of final hearing on Debtors' motion to use cash collateral.

4. Any opposition to final approval of Debtors' use of cash collateral shall be filed and served on or before Friday, March 6, 2015. A reply (if any) shall be filed and served on or before Tuesday, March 10, 2015.

**\*\*END OF ORDER\*\***