```
 1  David N. Chandler, Sr.  SBN 60780
    David N. Chandler, Jr.  SBN 235427
 2  DAVID N. CHANDLER, p.c.
    1747 Fourth Street
 3  Santa Rosa, CA  95404
    Telephone: (707) 528-4331
 4
    Attorneys for Debtors
 5

 6                  UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF CALIFORNIA
 7

 8   IN RE:                         CASE No. 14-31828 HLB

 9   CHUCK H. UTZMAN and            CHAPTER 11
     ANNA K. UTZMAN,
10
          Debtors.         /        STATUS CONFERENCE STATEMENT
11                                  Date:  March 12, 2015
                                    Time:  10:00 a.m.
12                                  Place: 235 Pine St., 23rd Fl.
                                           San Francisco, CA
13
```

14      Chuck and Anna Utzman, Debtors herein, submit the following
15  Status Conference Statement:
16      1.  The within case was filed by voluntary petition under
17  Chapter 11 of the Code on December 23, 2014.
18      2.  The initial Status Conference was held on January 15,
19  2015, at which time the Court set a hearing for further Status
20  Conference for March 12, 2015.
21      3.  The meeting of creditors pursuant to 11 U.S.C. § 341(a)
22  was held and concluded on January 20, 2015.
23      4.  The Debtors cooperated with the United States Trustee's
24  Office and have provided requested documentation.
25      5.  The Debtors filed the Motion for Order Authorizing Use of
26  Cash Collateral on February 5, 2015.  Docket No. 21.  The subject of
27  the Motion was rents received from 169 Rose Ave., Mill Valley, CA
28  ("169 Rose").  The Preliminary Order Authorizing Use of Cash

Collateral was entered February 19, 2015.  Docket No. 24.  A final hearing on the Motion for Order Authorizing Use of Cash Collateral was set for March 12, 2015.  As of March 5, 2015, there has been no opposition to the Motion filed, nor communications with the Secured Creditor(s).

6.   The Order Authorizing Employment of Counsel was entered February 20, 2015.  Docket No. 25.

7.   The Debtor is currently in the process of ascertaining the requisite information and technical drawings relating to the lot-line adjustment and utility easement which is necessary for completion of the construction project at 169 Rose, and to either increase the saleability of the unimproved lot contiguous to 169 Rose and/or make possible a future construction project at the unimproved lot.

8.   The process of drafting a Chapter 11 plan of reorganization and disclosure statement is underway.  Obtaining the requisite information and technical drawings relating to the lot-line adjustment and utility easement are necessary to completion of a plan and disclosure statement.

9.   The Debtor initially anticipated filing the Chapter 11 plan of reorganization and disclosure statement by March 6, 2015.

10.  There has been delay as a result of unexpected events.  However, the Debtor is optimistic that the plan will be filed by April 10, 2015 and confirmed by July 1, 2015.

Dated:   3/5/15                              DAVID N. CHANDLER, p.c.


                                             By: */s/ David N. Chandler, Jr.*
                                             DAVID N. CHANDLER, Jr.
                                             Attorney for Debtors

CERTIFICATE OF SERVICE

I am a citizen of the United States, and over the age of eighteen (l8) years, employed at 1747 Fourth Street, Santa Rosa, California, and not a party to the within action.

On March 5, 2015, I served a copy of the STATUS CONFERENCE STATEMENT on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States post office mail box at Santa Rosa, California, addressed as follows:

(SEE ATTACHED)

I, JANE F. KAMAS, declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2015, Santa Rosa, California.

                                        /s/ Jane F. Kamas
                                        JANE F. KAMAS

```
Label Matrix for local noticing              (p)ADVANTA                                 American Express
0971-3                                       700 DRESHER RD                             P.O. Box 0001
Case 14-31828                                HORSHAM PA 19044-2206                      Los Angeles, CA 90078-0001
Northern District of California
San Francisco
Thu Mar  5 16:59:08 PST 2015

Bank of America                              CA Employment Development Dept.            CA Franchise Tax Board
P.O. Box 15710                               Bankruptcy Group MIC 92E                   Special Procedures Bankruptcy Unit
Wilmington, DE 19886-5710                    P.O. Box 826880                            P.O. Box 2952
                                             Sacramento, CA 94280-0001                  Sacramento, CA 95812-2952


David N. Chandler Jr.                        Chase                                      Chase
Law Offices of David N. Chandler             P.O. Box 15548                             P.O. Box 94014
1747 4th St.                                 Wilmington, DE 19886-5548                  Palatine, IL 60094-4014
Santa Rosa, CA 95404-3601


Chief Tax Collection Section                 Citi Business                              Julie M. Glosson
Employment Development Section               P.O. Box 44180                             Office of the United States Trustee
P.O. Box 826203                              Jacksonville, FL 32231-4180                235 Pine St.  #700
Sacrament, CA 94230-0001                                                                San Francisco, CA 94104-3484


Home Depot                                   IRS                                        Ismael Deleon
Dept. 32-2541801340                          P.O. Box 7346                              1515 Lincoln Ave. #5
P.O. Box 6031                                Philadelphia, PA 19101-7346                San Rafael, CA 94901-1973
The Lakes, NV 88901-6031


Jaime Deleon Painting                        MV Lumber                                  Marin County Tax Collector
1515 Lincoln Ave. #5                         129 Miller Ave.                            P.O. Box 4220
San Rafael, CA 94901-1973                    Mill Valley, CA 94941-2789                 San Rafael, CA 94913-4220


McKinley Elevator                            Office of the U.S. Trustee / SF            Pete's Construction
2660 Townsgate Rd., Ste. 350                 Office of the U.S. Trustee                 c/o Pete Sandoval
San Rafael, CA 94903                         235 Pine St                                5 Gustasfson Court
                                             Suite 700                                  Novato, CA 94947-2882
                                             San Francisco, CA 94104-2745


Rafael Lumber                                Stewart Title Guaranty, Co.                SunTrust Mortgage, Inc.
930 Andersen Dr.                             Att: Adam Stricker                         P.O. Box 79079
San Rafael, CA 94901-5315                    55 Madison St., 4th Flr.                   Baltimore, MD 21279-0079
                                             Denver, CO 80206-5421


U.S. Attorney                                Anna Kathryn Utzman                        Charles Henry Utzman
Civil Division                               169 Rose Ave.                              169 Rose Ave.
450 Golden Gate Ave.                         Mill Valley, CA 94941-5032                 Mill Valley, CA 94941-5032
San Francisco, CA 94102-3661


WestAmerica
P.O. Box 790408
Saint Louis, MO 63179-0408
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Advanta
P.O. Box 8088
Philadelphia, PA 19101-8088

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (u)Lopez HES | End of Label Matrix<br>Mailable recipients   27<br>Bypassed recipients   2<br>Total   29 |