Signed and Filed: March 12, 2015

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 14-31828 HLB |
| CHARLES HENRY UTZMAN and ANNA KATHRYN UTZMAN, | ) Chapter 11 |
| Debtors. | ) |

**ORDER AFTER STATUS CONFERENCE AND SETTING DEADLINES**

On March 12, 2015, the Court held a status conference in the above-captioned case. Appearances were as noted on the record. The Court having reviewed the status conference statement(s) and other pleadings filed in this case and having heard the arguments of counsel, good cause appearing,

**IT IS HEREBY ORDERED** as follows:

(1) The Debtor(s) shall confirm a plan by July 31, 2015 The Court will consider requests to extend this deadline provided that the request is filed and served at least seven days prior to its expiration.

(2) The Debtor(s) shall remain current on all monthly operating reports.

(3) If the Debtor(s) fails to abide by the deadline(s) established in paragraph (1), or remain current on monthly operating reports, the Court sua sponte or

|   |     |                                                             |
|---|-----|-------------------------------------------------------------|
| 1 |     | upon declaration of the United States Trustee              |
| 2 |     | describing the Debtor's failure to comply, may             |
| 3 |     | dismiss or convert this case, in its discretion,           |
| 4 |     | without further notice or hearing.  <u>See</u> 11 U.S.C. §§ |
| 5 |     | 1112(b)(4)(E) & (J).                                       |
| 6 | (4) | If the case has not been converted or dismissed under      |
| 7 |     | paragraph (3), a continued status conference shall be      |
| 8 |     | held at **10:00 a.m. on May 7, 2015** at the United        |
| 9 |     | States Bankruptcy Court, 235 Pine Street, 23rd Floor, |
| 10|     | San Francisco, California 94104.                           |
| 11| (5) | The Debtor(s) shall file a status conference              |
| 12|     | statement no later than 7 days prior to any continued      |
| 13|     | status conference.  If Debtor(s) fails to appear or        |
| 14|     | to timely file a status conference statement, the          |
| 15|     | Court may, without further notice or hearing, order        |
| 16|     | at said status conference that the case be dismissed       |
| 17|     | or converted to chapter 7.                                 |

**\*\*END OF ORDER\*\***

## Court Service List

[None]