

1 | David N. Chandler, Sr. SBN 60780
David N. Chandler, Jr. SBN 235427
2 | DAVID N. CHANDLER, p.c.
1747 Fourth Street
3 | Santa Rosa, CA  95404
Telephone: (707) 528-4331
4
Attorneys for Debtors

**Signed and Filed: March 20, 2015**

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                    CASE No. 14-31828 HLB

CHARLES HENRY UTZMAN and                  CHAPTER 11
ANNA KATHRYN UTZMAN,
                                          ORDER AUTHORIZING
    Debtors.            /                 USE OF CASH COLLATERAL
                                          (169 Rose Avenue, Mill Valley,
                                          California 94941)

The above captioned matter having come on for hearing on March 12, 2015 on the Debtors' Motion for an Order Authorizing Use of Cash collateral; appearances having been made as shown in the record; and cause appearing,

IT IS HEREBY ORDERED as follows:

Through July 31, 2015, the Debtors are authorized to use the cash collateral rents from the real property located at 169 Rose Avenue, Mill Valley, California 94941 for necessary expenses pursuant to the budget, Exhibit A to the Motion, and for any necessary maintenance.

**\*\*END OF ORDER\*\***