David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                    CASE No. 14-31828 HLB

CHUCK H. UTZMAN and                       CHAPTER 11
ANNA K. UTZMAN,

     Debtors.              /              STATUS CONFERENCE STATEMENT
                                          Date:  May 7, 2015
                                          Time:  10:00 a.m.
                                          Place: 235 Pine St., 23rd Fl.
                                                 San Francisco, CA

     Chuck and Anna Utzman, Debtors herein, submit the following Status Conference Statement:

     1.   The within case was filed by voluntary petition under Chapter 11 of the Code on December 23, 2014.

     2.   The initial Status Conference was held on January 15, 2015, at which time the Court set a hearing for further Status Conference for March 12, 2015.

     3.   The meeting of creditors pursuant to 11 U.S.C. § 341(a) was held and concluded on January 20, 2015.

     4.   The second Status Conference was held on March 12, 2015, at which time the Court set a hearing for further Status Conference for May 7, 2015.  <u>Docket No. 29</u>.

     5.   The Debtors filed the Chapter 11 Plan and Disclosure Statement on April 30, 2015.  <u>Docket Nos. 37 & 38</u>.  The Debtors intend to notice the hearing on the disclosure statement for June 11

or June 18, 2015, and then proceed to confirmation as quickly as possible, subject to the following:

6. There are a number of motions that the Debtors intend to bring under 11 U.S.C. Section 506 in the coming months to implement the terms of the Chapter 11 Plan. The Debtors anticipate that several of the motions may be contested, however, the majority of the motions will likely go uncontested.

7. Following approval of the disclosure statement and service of the Plan and Disclosure Statement on creditors, the Debtors hope to engage in meaningful negotiations with SunTrust Mortgage, Inc. ("SunTrust") and Stewart Title Company ("Stewart") concerning Plan treatment and, in particular, modified real property loan terms and change(s) in collateral provided under the Plan. The Bankruptcy Dispute and Resolution Program ("BDRP") may be an effective vehicle for such negotiation assuming the other Parties are willing to participate.

8. In their last Status Conference Statement, Counsel expressed optimism that the "plan will be filed by April 10, 2015 and confirmed by July 1, 2015." As it turned out, the process of obtaining the requisite information and technical drawings relating to the lot-line adjustment/exclusive easement and sewer/utility easement took longer than expected. It also took more time than originally anticipated to retain an expert with the necessary skill and expertise to value real property in light of the issues presented by the case. The foregoing, together with a few other minor delays, constitute the reason the Plan was filed on April 30, 2015 and not sooner.

9. The Order After Status Conference and Setting Deadlines

imposed a confirmation deadline of July 31, 2015, subject to requests for extension. Docket No. 29. Given the filing date of the Plan and Disclosure statement, the date for the Disclosure Statement hearing, the motions which will be brought under Section 506 and the expected negotiation/BDRP with SunTrust and Stewart, there exists a high likelihood that the Debtors will need an extension of the confirmation deadline. This will become a virtual certainty in the event confirmation is contested and the case requires trial of confirmation issues at a final hearing.

    The Debtors intend to address these deadline and calendaring issues with the Court at the Status Conference hearing.

Respectfully submitted,

Dated: 4/30/15        DAVID N. CHANDLER, p.c.

By: */s/ David N. Chandler, Jr.*
DAVID N. CHANDLER, Jr.
Attorney for Debtors

CERTIFICATE OF SERVICE

   I am a citizen of the United States, and over the age of eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa, California, and not a party to the within action.

   On April 30, 2015, I served a copy of the STATUS CONFERENCE STATEMENT on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States post office mail box at Santa Rosa, California, addressed as follows:

 (SEE ATTACHED)

   I, JANE F. KAMAS, declare under penalty of perjury that the foregoing is true and correct.

   Executed on April 30, 2015, Santa Rosa, California.


                                         /s/ Jane F. Kamas
                                        JANE F. KAMAS

```
Label Matrix for local noticing          (p)ADVANTA                              American Express
0971-3                                   700 DRESHER RD                          P.O. Box 0001
Case 14-31828                            HORSHAM PA 19044-2206                   Los Angeles, CA 90078-0001
Northern District of California
San Francisco
Thu Apr 30 17:34:44 PDT 2015

Bank of America                          CA Employment Development Dept.         CA Franchise Tax Board
P.O. Box 15710                           Bankruptcy Group MIC 92E                Special Procedures Bankruptcy Unit
Wilmington, DE 19886-5710                P.O. Box 826880                         P.O. Box 2952
                                         Sacramento, CA 94280-0001               Sacramento, CA 95812-2952


David N. Chandler Jr.                    Chase                                   Chase
Law Offices of David N. Chandler         P.O. Box 15548                          P.O. Box 94014
1747 4th St.                             Wilmington, DE 19886-5548               Palatine, IL 60094-4014
Santa Rosa, CA 95404-3601


Chief Tax Collection Section             Citi Business                           Julie M. Glosson
Employment Development Section           P.O. Box 44180                          Office of the United States Trustee
P.O. Box 826203                          Jacksonville, FL 32231-4180             235 Pine St.  #700
Sacrament, CA 94230-0001                                                         San Francisco, CA 94104-3484


Home Depot                               IRS                                     Ismael Deleon
Dept. 32-2541801340                      P.O. Box 7346                           1515 Lincoln Ave. #5
P.O. Box 6031                            Philadelphia, PA 19101-7346             San Rafael, CA 94901-1973
The Lakes, NV 88901-6031


Jaime Deleon Painting                    Marin County Tax Collector              Matt Mathews
1515 Lincoln Ave. #5                     P.O. Box 4220                           Mill Valley Lumber Yard
San Rafael, CA 94901-1973                San Rafael, CA 94913-4220               129 Miller Ave
                                                                                 Mill Valley, CA 94941-2789


McKinley Elevator                        Peter S. Munoz                          Office of the U.S. Trustee / SF
2660 Townsgate Rd., Ste. 350             Reed Smith                              Office of the U.S. Trustee
San Rafael, CA 94903                     101 2nd St. #1800                       235 Pine St
                                         San Francisco, CA 94105-3659            Suite 700
                                                                                 San Francisco, CA 94104-2745


Pete's Construction                      Rafael Lumber                           Stewart Title Guaranty, Co.
c/o Pete Sandoval                        930 Andersen Dr.                        Att: Adam Stricker
5 Gustasfson Court                       San Rafael, CA 94901-5315               55 Madison St., 4th Flr.
Novato, CA 94947-2882                                                            Denver, CO 80206-5421


SunTrust Mortgage Inc.                   SunTrust Mortgage, Inc.                 Thomas Cerri
Mailbox RVW3034                          P.O. Box 79079                          MV Lumber Lumber Company
P. O. Box 27767                          Baltimore, MD 21279-0079                128 Lorry Ln
Richmond, VA 23261-7767                                                          Pacifica, CA 94044-2043


U.S. Attorney                            Anna Kathryn Utzman                     Charles Henry Utzman
Civil Division                           169 Rose Ave.                           169 Rose Ave.
450 Golden Gate Ave.                     Mill Valley, CA 94941-5032              Mill Valley, CA 94941-5032
San Francisco, CA 94102-3661
```

WestAmerica
P.O. Box 790408
Saint Louis, MO 63179-0408

       The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
       by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Advanta
P.O. Box 8088
Philadelphia, PA 19101-8088

       The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)IRS | (u)Lopez HES | End of Label Matrix |
| --- | --- | --- |
| P.O. Box 7346 | | Mailable recipients    30 |
| Philadelphia, PA 19101-7346 | | Bypassed recipients    2 |
| | | Total    32 |