```
David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE No. 14-31828 HLB |
| CHARLES HENRY UTZMAN and ANNA KATHRYN UTZMAN, | CHAPTER 11 |
| Debtors.        / | OBJECTION TO CLAIM OF MILL VALLEY LUMBER CO., INC. AND NOTICE OF OPPORTUNITY FOR HEARING |

TO: MILL VALLEY LUMBER CO., INC. and THOMAS AND SUSAN CERRI its successors in interest:

Charles Henry Utzman and Anna Kathryn Utzman, Debtors herein, object to the allowed claim of Mill Valley Lumber Co., Inc. as follows:

1.  Mill Valley Lumber Co., Inc. has an allowed secured claim in this case because a claim for "MV Lumber" was listed by the Debtors as a secured claim in their Schedules.  See 11 U.S.C. § 1111(a); Doc. # 3.  A Proof of Claim was not otherwise filed in the case on account of the claim.  The records of the California Secretary of State reflect that Mill Valley Lumber Co., Inc. was dissolved in 2012 and its debts were assumed by Thomas and Susan Cerri.

2.  The Debtors scheduled the claim as secured because of their belief that an abstract of judgment had been recorded to secure a judgment for $5,339.  In fact, no abstract of judgment was recorded and the claim should be considered unsecured.

3.  The claim of Mill Valley Lumber Co., Inc. is not secured by a lien and is therefore not allowable as a secured claim.

NOTICE IS HEREBY GIVEN that Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 30 days of mailing of the notice.

A request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position.

If there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default.

In the event an objection or request for hearing is timely made, the initiating party will give at least 7 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.

PLEASE FURTHER BE ADVISED that Local Rule 3007-1 provides that where a factual dispute is involved, the initial hearing on the Objection shall be deemed a Status Conference at which the Court will not receive evidence. Where the objection involves only a matter of law, the matter may be argued at the initial hearing.

Dated: 9/28/18                             DAVID N. CHANDLER, p.c.


                                           By: */s/ David N. Chandler, Jr.*
                                           DAVID N. CHANDLER, JR.
                                           Attorney for Debtors

# CERTIFICATE OF SERVICE

I am a citizen of the United States, and over the age of eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa, California, and not a party to the within action.

On September 28, 2018, I served a copy of the within: OBJECTION TO CLAIM OF MILL VALLEY LUMBER CO., INC. AND NOTICE OF OPPORTUNITY FOR HEARING on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States post office mail box at Santa Rosa, California, addressed as follows:

Thomas J. Cerri & Susan Cerri
Mill Valley Lumber Co., Inc.
128 Lorry Ln.
Pacifica, CA 94044

I, JANE F. KAMAS, declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2018, Santa Rosa, California.

/s/ Jane F. Kamas
JANE F. KAMAS