```
David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE No. 14-31828 HLB |
| CHARLES HENRY UTZMAN and ANNA KATHRYN UTZMAN, | CHAPTER 11 |
| Debtors.      / | NOTICE OF HEARING ON OBJECTION TO CLAIM NO. 12<br>Date: November 29, 2018<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Ave., 16th Fl., Ctrm. 19<br>San Francisco, CA |

TO: ISMAEL DELEON and EVAN LIVINGSTONE his attorney:

PLEASE TAKE NOTICE that a hearing will be held on the OBJECTION TO CLAIM NO. 12, filed by the Debtors on September 28, 2018, for which a hearing was requested by the Claimant filed on October 27, 2018, on November 29, 2018 at the hour of 10:00 a.m. before the above entitled Court located at the 450 Golden Gate Avenue, 16th Floor, Courtroom 19, San Francisco, California.

The hearing will be a preliminary hearing.

Dated: 11/2/18                           DAVID N. CHANDLER, p.c.


                                          By: */s/David N. Chandler, Jr.*
                                          David N. Chandler, Jr.
                                          Attorney for Debtors

CERTIFICATE OF SERVICE

I am a citizen of the United States, and over the age of eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa, California, and not a party to the within action.

On November 2, 2018, I served a copy of the within: NOTICE OF HEARING ON OBJECTION TO CLAIM NO. 12 on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States post office mail box at Santa Rosa, California, addressed as follows:

Ismael DeLeon
1515 Lincoln Ave Apt 5
San Rafael, CA 94901

Ismael DeLeon
c/o Evan Livingstone, Attorney
740 4th St., Ste. 215
Santa Rosa, CA 95404

I, JANE F. KAMAS, declare under penalty of perjury that the foregoing is true and correct.

Executed on November 2, 2018, Santa Rosa, California.

/s/ Jane F. Kamas
JANE F. KAMAS