Entered on Docket
November 05, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



David N. Chandler, Sr. SBN 60780
David N. Chandler, Jr. SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtors

Signed and Filed: November 5, 2018

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES HENRY UTZMAN and
ANNA KATHRYN UTZMAN,

    Debtors.            /

CASE No. 14-31828 HLB

CHAPTER 11

ORDER DISALLOWING CLAIM OF
MILL VALLEY LUMBER CO., INC.
BY DEFAULT

    The Debtors, having filed their Objection to the scheduled claim of Mill Valley Lumber Co., Inc. and Notice of Opportunity for Hearing, and served such notice on claimant, Mill Valley Lumber Co., Inc., on September 28, 2018, and it appearing that a request for hearing was not made or filed within the time set forth in such notice to wit, thirty (30) days.

    IT IS HEREBY ORDERED that  the scheduled claim of Mill Valley Lumber Co., Inc., is disallowed as a Secured Claim and allowed as a General Unsecured Claim.

*** END OF ORDER***

```
1                        Court Service List
2
3   Thomas J. Cerri & Susan Cerri
    Mill Valley Lumber Co., Inc.
4   128 Lorry Ln.
    Pacifica, CA 94044
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```