

Signed and Filed: August 18, 2023

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 14-31828 HLB |
| | ) |
| CHARLES HENRY UTZMAN and ANNA | ) Chapter 11 |
| KATHRYN UTZMAN, | ) |
| | ) |
| Debtors. | ) |

### ORDER DENYING DEBTOR ANNA KATHRYN UTZMAN'S EX PARTE MOTION TO CONVERT CASE TO CHAPTER 7

This case comes before the court on Debtor Anna Kathryn Utzman's Ex Parte Motion to Convert Case to Chapter 7.[1] As explained below, the Motion suffers from deficiencies that require its denial.

First, the Motion lacks a supporting memorandum of points and authorities and declaration, which are required by B.L.R. 9013-1(b)(2) and (d), respectively.

_____

[1] Dkt. 342 (the "Ex Parte Motion").

Second, the relief sought – conversion of this Chapter 11[2] case to one under Chapter 7 – is not proper absent notice and an opportunity for hearing to all creditors.[3]

Accordingly, the Motion is hereby **DENIED WITHOUT PREJUDICE** to the filing and service of a motion that rectifies the deficiencies noted in this order.

**\*\*END OF ORDER\*\***

---

[2] Unless otherwise indicated, all statutory citations shall refer to Title 11 of the United States Code (the "Bankruptcy Code") and all citations to a "Bankruptcy Rule" shall refer to one of the Federal Rules of Bankruptcy Procedure.

[3] Bankruptcy Rule 1017(f)(2) ("[c]onversion . . . under § 1112(a) . . . shall be on motion filed and served as required by [Bankruptcy] Rule 9013"); Bankruptcy Rule 2002(a)(4) (requiring 21 days' notice to all creditors and other interested parties of the hearing on the conversion of the case).

- 2 -

## Court Service List